UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUCEBIO TORRES,<br><br>                    Plaintiff,<br><br>v.<br><br>OFFICER G. PAREDES, ET AL.,<br><br>                    Defendants. | Case No.: 22-cv-448-JES-DTF<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY PRETRIAL DEADLINES AND AMENDED SCHEDULING ORDER** |

      Before the Court is the Parties' Joint Motion to Modify Pretrial Deadlines. (Doc. No. 81.) Good cause appearing, the Court **grants** the Motion. The schedule is hereby **MODIFIED** as described below:

      1.    If the trial will be a bench trial, Counsel shall file their Memoranda of Contentions of Fact and Law and take any other action required by Local Rule 16.1.(f)(2) by **April 25, 2025**. Counsel do not need to file Memoranda of Contentions of Fact and Law if the trial will be a jury trial.

      2.    Counsel shall comply with the pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) by **April 25, 2025**.

      3.    Counsel shall meet and take the action required by Civil Local Rule 16.1(f)(4) by **May 2, 2025**.

      4.    Counsel for plaintiff will be responsible for preparing the pretrial order and

arranging the meetings of counsel pursuant to Civil Local Rule 16.1(f).  By **May 9, 2025**, plaintiff's counsel must provide opposing counsel with the proposed pretrial order for review and approval.

5. The Proposed Final Pretrial Conference Order, including objections to any other parties' Federal Rule of Civil Procedure 26(a)(3) Pretrial Disclosures shall be prepared, served and lodged with the assigned district judge by **May 16, 2025**, and shall be in the form prescribed in and comply with Civil Local Rule 16.1(f)(6).

6. The final Pretrial Conference is scheduled on the calendar of the **Honorable James E. Simmons, Jr.** on **May 23, 2025** at **1:30 p.m.**

All other guidelines, deadlines, and requirements remain as previously set. *See* Doc. Nos. 31, 47, 61, 72.

**IT IS SO ORDERED**.

Dated:  March 28, 2025

Hon. D. Thomas Ferraro
United States Magistrate Judge