UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUCEBIO TORRES,<br><br>                Plaintiff,<br><br>v.<br><br>OFFICER G. PAREDES, et al.,<br><br>                Defendants. | Case No.: 22-cv-448-JES-DTF<br><br>**ORDER SETTING SETTLEMENT CONFERENCE and ISSUING PRECONFERENCE PROCEDURES.** |

    Per the District Judge's request, the Court hereby **SETS** a Settlement Conference ("SC") for **August 25, 2025**, at **09:30 a.m.** before Magistrate Judge D. Thomas Ferraro.

    This Order establishes mandatory guidelines for the parties preparing for the SC. Absent express permission obtained from this Court, and notwithstanding the pendency of any motion, counsel and all parties shall timely comply with the dates and deadlines in this Order.

    **1. Review of Chambers Rules**:  All parties are ordered to read and to fully comply with the Chambers Rules and Settlement Conference Rules of Magistrate Judge D. Thomas Ferraro.

    **2. Attendance**: All parties (including those indemnified by others), claims adjusters for insured defendants, the principal attorney(s) responsible for the litigation, and non-

lawyer representatives with full and unlimited authority to negotiate and enter into a binding settlement must be present and legally and factually prepared to discuss and resolve the case at the SC. "Full and unlimited authority" means that the individuals attending the SC must be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties. *Heileman Brewing Co., Inc. v. Joseph Oat Corp.*, 871 F.2d 648 (7th Cir. 1989). The person needs to have "unfettered discretion and authority" to change the settlement position of a party. *Pitman v. Brinker Int'l, Inc.*, 216 F.R.D. 481, 485–486 (D. Ariz. 2003).

**3. Procedure for Zoom Video Conference**: The Court will use its official Zoom video conferencing account to hold the Settlement Conference. If you are unfamiliar with Zoom: Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[1] Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the Settlement Conference.[2] There is a cost-free option for creating a Zoom account.

    a. Prior to the start of the Settlement Conference, the Court will email each participant an invitation to join a Zoom video conference. Again, if possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance. Participants shall join the video conference by

---

[1] If possible, participants are encouraged to use laptops or desktop computers for the video conference, rather than mobile devices.

[2] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

following the ZoomGov Meeting hyperlink in the invitation. Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding. Zoom may then prompt participants to enter the password included in the invitation.

      b. Each participant should plan to join the Zoom video conference at least five minutes before the start of the Settlement Conference to ensure that the conference begins promptly at 09:30 a.m.

      c. Zoom's functionalities will allow the Court to conduct the Settlement Conference as it ordinarily would conduct an in-person one.  The Court will divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.[3]  In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence.  Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

      d. No later than August 18, 2025, counsel for each party shall send an e-mail to the Court at efile_Ferraro@casd.uscourts.gov containing the following: (1) The name and title of each participant, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation, and (2) An e-mail address for each participant to receive the Zoom video conference invitation;

      e. All participants shall display the same level of professionalism during the Settlement Conference and be prepared to devote their full attention to the Settlement Conference as if they were attending in person, i.e., cannot be driving or in a car while speaking to the Court.  Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging of cable is readily available during the video conference.

---

[3] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646

      f. Counsel are advised that although the Settlement Conference will take place on Zoom, all participants shall appear and conduct themselves as if it is proceeding in a courtroom, i.e., all participants must dress in appropriate courtroom attire.

      **4. Formal Settlement Proposal**: Plaintiff must serve on Defendant a written settlement proposal, which must include a specific demand amount, no later than **August 8, 2025**. The defendant must respond to the plaintiff in writing with a specific offer amount prior to the Meet and Confer discussion. The parties should not file or otherwise copy the Court on these exchanges. Rather, the parties must include their written settlement proposals in their respective Settlement Conference Statements to the Court.

      **5. Meet and Confer Requirement**: Counsel for the parties must meet and confer in person or by videoconference no later than **August 15, 2025**.

      **6. Mandatory Settlement Conference Statements**: Each party must prepare and lodge a Settlement Conference Statement with the Court no later than **August 18, 2025**. The Statement must be lodged in .pdf format via email to efile_Ferraro@casd.uscourts.gov. The SC statements are not to exceed 10 pages. SC statements may be submitted confidentially or shared with an opposing party at the submitting party's discretion. The parties are to refer to the appropriate section of Judge Ferraro's Chambers Rules regarding SC statement requirements.

      7. The SC may be rescheduled only upon a showing of good cause and adequate notice to the Court. Absent extraordinary circumstances, requests for continuances will not be considered unless submitted in writing no less than seven (7) days before the SC. All requests for continuances must be made by a joint motion. The request must state:

      a. The original date;

      b. The number of previous requests for continuances;

      c. A showing of good cause for the request;

      d. Whether the request is opposed and why;

      e. Whether the requested continuance will affect other case management dates; and

    f. A declaration from the counsel seeking the continuance that describes the steps taken to comply with the existing deadlines, and the specific reasons why the deadlines cannot be met.

  8. Questions regarding this case or these mandatory guidelines may be directed to Judge Ferraro's law clerk at efile_Ferraro@casd.uscourts.gov.

**IT IS SO ORDERED.**

Dated: July 2, 2025

_____
Hon. D. Thomas Ferraro
United States Magistrate Judge